UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

ARISTEDES CALVO,

   -vs-

DO ALL CO.,

              Defendant.

-------------------------------------------------

ORDER OF SUSTENANCE

CV-01-1297(FB)

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

to the (8) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
      **August 26, 2005**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST

(XX) LUNCH

( ) OTHER _____

U. S. D. J.