FILED
IN CLERK'S OFFICE
U.S. DISTRICT ...
★
AUG 30 ...
P.M. _____
TIME A.M. _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

Aristedes Calvo,
    Plaintiff,

VS                          CV-01-1297(FB)(JA)

Do All Co.,

    Defendants.

Jury verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT PLAINTIFF RECOVERS NOTHING FROM THE DEFENDANTS AND THE COMPLAINT IS DISMISSED IN IT'S ENTIRETY.

8/30/01
DATE

ROBERT C. HEINEMANN
CLERK OF THE COURT

(By) DEPUTY CLERK